PETER C. WOLFF, JR. #2332
Federal Public Defender
District of Hawaii
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii  96850
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:      peter_wolff@fd.org

Attorney for Defendant
MICHELET LOUIS

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAG. NO. 19-00036 KJM |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | MOTION TO DETERMINE |
| vs. | ) | MENTAL COMPETENCY OF |
| | ) | DEFENDANT |
| | ) | |
| MICHELET LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## ORDER GRANTING MOTION TO DETERMINE
## MENTAL COMPETENCY OF DEFENDANT

On January 23, 2019, the government's motion to determine the mental

competency of the defendant (CM/ECF #7, filed 01/15/2019) was heard by the

Court. The Court notes that the government's motion relied upon 18 U.S.C.

§ 4241(b), and in addition, the government sought to have the defendant evaluated

pursuant to 18 U.S.C. § 4242 and in accordance with Federal Rule of Criminal

Procedure 12.2(c). However, the defendant has not provided either of the types of

notice contemplated by Federal Rule of Criminal Procedure 12.2(a) or (b).

Based on the sworn statements in the Affidavit in Support of Criminal

Complaint (CM/ECF #1, filed 01/10/2019), the representations by counsel for the

government at the hearing on the motion, and the defendant's lack of objection to

an evaluation for mental competency, the Court concludes that there is reasonable

cause to believe that the Defendant may presently be suffering from a mental

disease or defect rendering him mentally incompetent to the extent that he is

unable to understand the nature and consequences of the proceedings against him

or to assist properly in his defense.

Therefore, the Motion to Determine Mental Competency of Defendant is

HEREBY GRANTED to the extent that it sought an evaluation pursuant to 18

U.S.C. § 4241.

Accordingly, Defendant MICHELET LOUIS shall be examined as to his

present mental competency pursuant to 18 U.S.C. § 4241 by at least one licensed

or certified psychiatrist or psychologist who shall provide a written evaluation to

this Court, pursuant to 18 U.S.C. § 4247(b) and (c). Unless impracticable, the

psychiatric or psychological examination shall be conducted in the suitable facility

2

closest to this Court. The psychiatric or psychological report ordered herein shall be prepared by the examiner designated to conduct the psychiatric or psychological examination, shall be filed with the court with copies provided to counsel for the defendant and to the attorney for the government, and shall include the following information:

(1) Defendant's history and present symptoms;

(2) a description of the psychiatric, psychological, and medical tests that were employed and their results;

(3) the examiner's findings; and

(4) the examiner's opinions as to diagnosis, prognosis, and whether the defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him.

Accordingly, pursuant to 18 U.S.C. § 4247(b), Defendant will be committed to the custody of the Attorney General for a reasonable period, but not to exceed thirty days. Pursuant to 18 U.S.C. § 4247(b), the director of the facility may apply for a reasonable extension, but not to exceed fifteen days, upon a showing of good cause that additional time is necessary to observe and evaluate Defendant.

The Court further orders that further proceedings in this case will be stayed

until such time as the aforesaid examination and evaluation is completed and the requisite report is filed with this Court. The Court finds that, for the purpose of Speedy Trial Act delay, the time for the examination herein requested be excluded time in accordance with 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(7)(A).

APPROVED AND SO ORDERED:

DATED:   Honolulu, Hawaii, January 23, 2019.

Kenneth J. Mansfield
United States Magistrate Judge

*United States of America v. Michelet Louis*, Mag. No. 19-00036 KJM; Order Granting Motion to Determine Mental Competency of Defendant

4