CJA 20 APPOINTMENT OF AND AUTHORITY TO PAY COURT-APPOINTED COUNSEL (Rev 07/17)

| 1 CIR/DIST/DIV CODE | 2 PERSON REPRESENTED | | VOUCHER NUMBER |
|---|---|---|---|
| HIXHO | Michelet Louis | | |

| 3 MAG DKT/DEF NUMBER | 4 DIST DKT/DEF NUMBER | 5 APPEALS DKT/DEF NUMBER | 6 OTHER DKT NUMBER |
|---|---|---|---|
| MJ 19-00036 KJM | | | |

| 7 IN CASE/MATTER OF (Case Name) | 8 PAYMENT CATEGORY | 9 TYPE PERSON REPRESENTED | 10 REPRESENTATION TYPE (See Instructions) |
|---|---|---|---|
| USA v. Michelet Louis | ☑ Felony  ☐ Petty Offense  ☐ Misdemeanor  ☐ Other  ☐ Appeal | ☑ Adult Defendant  ☐ Appellant  ☐ Juvenile Defendant  ☐ Appellee  ☐ Other | CC |

11 OFFENSE(S) CHARGED (Cite U S Code, Title & Section) If more than one offense, list (up to five) major offenses charged, according to severity of offense.
18:875C.F -- CT 1: INTERSTATE COMMUNICATIONS - THREATS; 18:875(c), 3261; CT 2: THREAT BY TELEPHONE, 18:844(e), 3261

12 ATTORNEY'S NAME (First Name, M.I., Last Name, including any suffix), AND MAILING ADDRESS

Harlan Y. Kimura, Esq. #3321
Central Pacific Plaza
220 South King St., Suite 1660
Honolulu, Hawaii 96813
Telephone Number: (808) 521-4134

14 NAME AND MAILING ADDRESS OF LAW FIRM (Only provide per instructions)

13 COURT ORDER
☐ O Appointing Counsel  ☐ C Co-Counsel
☐ F Subs For Federal Defender  ☐ R Subs For Retained Attorney
☑ P Subs For Panel Attorney  ☐ Y Standby Counsel
Prior Attorney's: Randall Hironaka
Appointment Dates: 7/31/2019
☐ Because the above-named person represented has testified under oath or has otherwise satisfied this Court that he or she (1) is financially unable to employ counsel and (2) does not wish to waive counsel, and because the interests of justice so require, the attorney whose name appears in Item 12 is appointed to represent this person in this case, OR
☐ Other (See Instructions)

*(signature)*
Signature of Presiding Judge or By Order of the Court
8/20/2019
Date of Order     Nunc Pro Tunc Date

Repayment or partial repayment ordered from the person represented for this service at time appointment   ☐ YES   ☐ NO

| CLAIM FOR SERVICES AND EXPENSES | | | FOR COURT USE ONLY | | |
|---|---|---|---|---|---|
| CATEGORIES (Attach itemization of services with dates) | HOURS CLAIMED | TOTAL AMOUNT CLAIMED | MATH/TECH ADJUSTED HOURS | MATH/TECH ADJUSTED AMOUNT | ADDITIONAL REVIEW |
| 15 a Arraignment and/or Plea | | 0 00 | | 0.00 | |
| b Bail and Detention Hearings | | 0 00 | | 0.00 | |
| c Motion Hearings | | 0 00 | | 0.00 | |
| d Trial | | 0 00 | | 0.00 | |
| e Sentencing Hearings | | 0 00 | | 0.00 | |
| f Revocation Hearings | | 0 00 | | 0.00 | |
| g Appeals Court | | 0 00 | | 0.00 | |
| h Other (Specify on additional sheets) | | 0 00 | | 0 00 | |
| (RATE PER HOUR = $        ) TOTALS: | 0.00 | 0 00 | 0.00 | 0.00 | |
| 16 a Interviews and Conferences | | 0 00 | | 0.00 | |
| b Obtaining and reviewing records | | 0 00 | | 0.00 | |
| c Legal research and brief writing | | 0 00 | | 0.00 | |
| d Travel time | | 0 00 | | 0.00 | |
| e Investigative and other work (Specify on additional sheets) | | 0 00 | | 0.00 | |
| (RATE PER HOUR = $        ) TOTALS: | 0.00 | 0 00 | 0.00 | 0.00 | |
| 17 Travel Expenses (lodging, parking, meals, mileage, etc.) | | | | | |
| 18 Other Expenses (other than expert, transcripts, etc.) | | | | | |
| GRAND TOTALS (CLAIMED AND ADJUSTED): | | 0 00 | | 0.00 | |

| 19 CERTIFICATION OF ATTORNEY/PAYEE FOR THE PERIOD OF SERVICE | 20 APPOINTMENT TERMINATION DATE IF OTHER THAN CASE COMPLETION | 21 CASE DISPOSITION |
|---|---|---|
| FROM:           TO: | | |

22 CLAIM STATUS   ☐ Final Payment   ☐ Interim Payment Number _____   ☐ Supplemental Payment
Have you previously applied to the court for compensation and/or reimbursement for this case? ☐ YES ☐ NO   If yes, were you paid? ☐ YES ☐ NO
Other than from the Court, have you, or to your knowledge has anyone else, received payment (compensation or anything of value) from any other source in connection with this representation?   ☐ YES   ☐ NO   If yes, give details on additional sheets
I swear or affirm the truth or correctness of the above statements.
Signature of Attorney _____   Date _____

APPROVED FOR PAYMENT — COURT USE ONLY

| 23 IN COURT COMP | 24 OUT OF COURT COMP | 25 TRAVEL EXPENSES | 26 OTHER EXPENSES | 27 TOTAL AMT APPR/CERT $0.00 |
|---|---|---|---|---|
| 28 SIGNATURE OF THE PRESIDING JUDGE | | | DATE | 28a JUDGE CODE |
| 29 IN COURT COMP | 30 OUT OF COURT COMP | 31 TRAVEL EXPENSES | 32 OTHER EXPENSES | 33 TOTAL AMT APPROVED $0.00 |
| 34 SIGNATURE OF CHIEF JUDGE, COURT OF APPEALS (OR DELEGATE) Payment approved in excess of the statutory threshold amount. | | | DATE | 34a JUDGE CODE |