ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

REBECCA PERLMUTTER
Assistant U.S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-Mail: rebecca.perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

2 AUG 22 2019
at ___ o'clock and 50 min. P M aw
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR19-00111 JAO |
| Plaintiff, | INDICTMENT |
| vs. | [18 U.S.C. §§ 844(e), 875(c), and 3261] |
| MICHELET LOUIS, | |
| Defendant. | |

INDICTMENT

The Grand Jury Charges:

## COUNT 1
Criminal Offense Committed by Person Accompanying the Armed Forces
Outside the United States – Communicating a Threat
(18 U.S.C. §§ 875(c) and 3261)

On or about the December 28, 2018, in or around Misawa Air Base, Japan, MICHELET LOUIS, the defendant, who was not a national of or ordinarily a resident of Japan, engaged in the following conduct outside of the United States that constituted an offense punishable by imprisonment for more than one year, if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, while accompanying the Armed Forces outside the United States, namely: LOUIS knowingly did transmit in interstate and foreign commerce from in or around Misawa Air Base, Japan, to the Federal Bureau of Investigation, a communication, namely, a telephone call, and that communication contained a threat to injure the person of another by stating in substance and in part that "I'm going to build a few pipe bombs," "I'm going to find a gun," and "I'm going to take out as many gay people as I can[]," in violation of Title 18, United States Code, Section 875(c).

All in violation of Title 18, United States Code, Sections 875(c) and 3261.

//
//
//

## COUNT 2
Criminal Offense Committed by Person Accompanying the Armed Forces
Outside the United States – Making Threat by Telephone
(18 U.S.C. §§ 844(e) and 3261)

On or about the December 28, 2018, in or around Misawa Air Base, Japan, MICHELET LOUIS, the defendant, who was not a national of or ordinarily a resident of Japan, engaged in the following conduct outside of the United States that constituted an offense punishable by imprisonment for more than one year, if the conduct had been engaged in within the special maritime and territorial jurisdiction of the United States, while accompanying the Armed Forces outside the United States, namely: through the use of a telephone, and in and affecting interstate and foreign commerce, LOUIS willfully made a threat concerning an alleged attempt being made, and to be made, to kill and injure individuals, by means of an explosive, by stating in substance and in part, in a telephone call to the Federal Bureau of Investigation, that "I'm going to build a few pipe bombs," "I'm going to find a gun," and "I'm going to take out as many gay people as I can[]," in violation of Title 18, United States Code, Section 844(e).

//
//
//
//

All in violation of Title 18, United States Code, Sections 844(e) and 3261.

DATED: August 22, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/ FOREPERSON
FOREPERSON

_____
KENJI M. PRICE
United States Attorney
District of Hawaii

_____
REBECCA A. PERLMUTTER
Assistant United States Attorney

United States v. Michelet Louis
Indictment
Cr. No. CR19-00111 JAO