CLARE E. CONNORS #7936
United States Attorney
District of Hawaii

REBECCA A. PERLMUTTER
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-mail: Rebecca.Perlmutter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 19-00111-JAO |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S RESPONSE TO |
| | ) | COURT'S ORDER AT ECF NO. 160; |
| v. | ) | ATTACHMENTS A-B; |
| | ) | CERTIFICATE OF SERVICE |
| MICHELET LOUIS, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

GOVERNMENT'S RESPONSE TO COURT'S ORDER AT ECF NO. 160

By and through the undersigned attorneys, the government respectfully

submits this response to the Court's Order at ECF No. 160.  In response to the

Court's inquiries, the government has sought additional information from the U.S.

Bureau of Prisons ("BOP") and the U.S. Marshals Service ("USMS") regarding the

restoration of competency process generally and specifically pertaining to the defendant.  As previously discussed, the government agrees with the Court and defense counsel that the defendant should receive services pertaining to restoration of his mental health condition as soon as practicable within the BOP system. Rather than address each of the Court's questions in turn, the following information and accompanying Declarations should suffice to answer adequately the Court's questions pertaining to Mr. Louis.

The attached Declaration of USMS Deputy Marshal Harvey Fuata indicates that the defendant is on the manifest and scheduled to be transported on the next JPATS plane in early August 2022.  *See* Attachment A.  This scheduled transport will ensure that the defendant is on the mainland where the designated BOP restoration facility is located.

The attached Declaration of BOP Chief of Psychological Evaluations Dr. Dina Boutwell indicates that BOP has been able to transfer the defendant's designation from the waitlist for USMCFP Springfield to the waitlist for FMC Butner without significant disruption to the system.  *See* Attachment B.  Based on this transfer, BOP estimates that Mr. Louis will be admitted for an available bed at FMC Butner sometime in late August 2022, well before the previously projected November 2022 date for USMCFP Springfield.  *Id.*

2

Based on the projected timeline of the USMS and BOP, if the Court were to enter an order requiring the Defendant to be transported and admitted to a suitable BOP facility for competency restoration by a date certain, the government would respectfully request that date be by September 15, 2022 at the earliest.  Although the BOP's current projection is for admission by late August 2022, a date in September would provide for some leeway in logistics given that the USMS will have to safely transport the defendant from Hawaii to the East Coast where FMC Butner is located in North Carolina.

DATED:  July 7, 2022 at Honolulu, Hawaii.

Respectfully submitted,

CLARE E. CONNORS
United States Attorney
District of Hawaii

By:    /s/ Rebecca A. Perlmutter
REBECCA A. PERLMUTTER
Assistant U.S. Attorney

3